■   In the Matter of PAUL DURLING, as President of the Saratoga Springs Police Benevolent Association, et al., Appellants v. MUNICIPAL CIVIL SERVICE COMMISION OF THE CITY OF SARATOGA SPRINGS et al., Respondents.— Judgment, Supreme Court, Saratoga County, entered on July 3, 1974, affirmed, with costs, on the opinion of Crangle, J., at Special Term. Herlihy, P. J., Greenblott, Sweeney, Kane and Larkin, JJ., concur.